UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| TRACY L. GOODWIN, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | No. 1:11-cv-104 |
| v. | ) | |
| | ) | Judge Mattice |
| JUVENILE COURT MAGISTRATE | ) | |
| EMMA ANDREWS, | ) | |
| | ) | |
| *Defendant.* | ) | |

## <u>ORDER</u>

United States Magistrate Judge William B. Carter filed his Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). [Court Doc. 4.] Plaintiff did not file any objections within the response period.

After reviewing the record, the Court agrees with Magistrate Judge Carter's Report and Recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's recommendation pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, Plaintiff's action is **DISMISSED WITH PREJUDICE** with prejudice for failure to state a claim upon which relief can be granted. The Clerk shall close the case.

**SO ORDERED** this 25th day of May, 2011.


                                        */s/Harry S. Mattice, Jr.*
                                        HARRY S. MATTICE, JR.
                                        UNITED STATES DISTRICT JUDGE